UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ELICIA KNEADLER, | CASE NO. C20-1008 MJP |
|---|---|
| Plaintiff, | ORDER ON JOINT STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES |
| v. | |
| AUBURN SCHOOL DISTRICT, | |
| Defendant. | |

The matter comes before the Court on the Parties' Joint Stipulated Motion and Request for Order Continuing Trial Date and Case Schedule. (Dkt. No. 11.) The Court DENIES the Motion.

The Motion contains no specific facts to establish good cause for a continuance of the trial date or any case deadlines. The Motion also fails to provide any suitable or specific explanation as to why the existing case schedule deadlines cannot be met. Passing references to a "four week trial" and "scheduling issues" are not sufficient. Moreover, even if the Parties had demonstrated good cause, there are no trial dates available until May 2022. The Court therefore

ORDER ON JOINT STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES - 1

1 | DENIES the request without prejudice to bringing a renewed motion which cures the defects
2 | noted above and which recognizes the limits on available trial dates in 2022.
3 |    Separately, the Court notes that counsel for Defendant, Amanda Butler, has not filed a
4 | notice of appearance in this matter as required by Local Rule 83.2. Counsel must promptly file a
5 | notice of appearance as required by that rule.
6 |    The clerk is ordered to provide copies of this order to all counsel.
7 |    Dated April 8, 2021.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON JOINT STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES - 2