UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELICIA KNEADLER,<br><br>                Plaintiff,<br><br>    v.<br><br>AUBURN SCHOOL DISTRICT,<br><br>                Defendant. | CASE NO. C20-1008 MJP<br><br>ORDER GRANTING IN PART JOINT STIPULATED MOTION RE: DEADLINES |

This matter comes before the Court on the Parties' Joint Stipulated Motion and Request for Order Continuing Trial Date and Case Schedule. (Dkt. No. 14.) Having reviewed the Motion and held a hearing to discuss its merits on April 21, 2021, the Court GRANTS the Motion in part and ORDERS as follows:

    (1)    As discussed at the hearing, Defendant shall complete production of the 4,000 additional documents responsive to Plaintiff's discovery requests by no later than April 28, 2021;

    (2)    The deadline for reports from expert witnesses under Rule 26(a)(2) shall be extended to May 28, 2021; and

1     (3) all other dates, deadlines, and requirements set forth in the Order Setting Trial Date and Related Dates (Dkt. No. 8) shall remain the same.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated April 23, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge