UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELICIA KNEADLER,<br><br>                     Plaintiff,<br><br>        v.<br><br>AUBURN SCHOOL DISTRICT,<br><br>                     Defendant. | CASE NO. C20-1008 MJP<br><br>ORDER GRANTING IN PART JOINT STIPULATED MOTION RE: DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadlines for Completing Discovery and Filing Dispositive Motions. (Dkt. No. 18.) Having reviewed the Motion, the Court GRANTS it in part.

Rule 16 provides that a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); Local Rule 16(b)(6). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the

extension.'" Id. (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). "Mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance." Local Rule 16(b)(6).

The Parties request an extension of the discovery deadline and dispositive motion deadline, which are currently set for June 11, 2021 and July 12, 2021, respectively. The Parties' stipulated motion states that the Parties still need to complete depositions, obtain medical records, and schedule potential depositions of medical providers. As good cause for the extension, the Parties identify a serious health condition of Plaintiff's counsel's partner that has delayed depositions and the slow response of medical providers to record production requests. (Dkt. No. 18 at 1-2.) The Parties ask the Court to extend the discovery deadline to August 29, 2021 and the dispositive motion deadline to August 30, 2021. (Id.) While the Court finds good cause to extend the discovery and dispositive motion deadline, it cannot extend the deadlines as requested. Trial for this case is set on November 8, 2021. With the requested extension, any summary judgment motions would be ready for decision on September 24, 2021. This leaves the Court without sufficient time to consider and rule on any summary judgment motions before trial and the related pretrial deadlines. The Court accordingly sets the following new deadlines: (1) discovery shall be extended to August 2, 2021, and (2) dispositive motions shall be due by no later than August 3, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 17, 2021.

Marsha J. Pechman
United States Senior District Judge